UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Senior Judge Wiley Y. Daniel**

Criminal Case No.   15-cr-00203-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.  BRANDON BOURRET,
2.  ATHANASIOS ANDRIANAKIS,

    Defendants.

**ORDER GRANTING MOTION FOR ALTERNATIVE VICTIM NOTIFICATION**

    Before the Court is the United States' Motion For Alternative Victim Notification filed on May 26, 2015.  The government seeks an order from the Court approving the use of alternative means to provide notice to the large number of crime victims in this case.  Under 18 U.S.C. § 3771(a)(2), crime victims have a right to "reasonable, accurate, and timely notice" of public court proceedings.  In this case, the government represents and provides good cause to believe that the number of anticipated crime victims makes it impracticable to accord all of the victims their rights in the manner prescribed in subsection 3771(a).  Therefore, the Court finds that the "multiple victim" provisions of 18 U.S.C. § 3771(d)(2) apply to this case.

    Having found that 18 U.S.C. § 3771(d)(2) applies, the Court further finds that the proposal set forth in the government's motion is a reasonable procedure that gives effect to the provisions of 18 U.S.C. § 3771 and that does not unduly complicate or

prolong the proceedings. I also note that the government represents that the motion is unopposed by the Defendants.

Accordingly, it is

ORDERED that United States' Motion for Alternative Victim Notification [ECF No. 25] is **GRANTED.** It is

FURTHER ORDERED that the government is authorized to comply with the provisions of 18 U.S.C. § 3771(a)(2) in this case by providing notice of court proceedings as provided in the proposal set forth in its motion. Specifically, the government is authorized to use the Justice Department's website for large cases, http://justice.gov/largecases/, to direct victims to a case-specific website where all required notices will be posted. The Government already issued a press release informing individuals who believe they may be victims to access the Justice Department's website for more information. The government will provide Photobucket with a list of its customers who the government believes were victimized, and Photobucket should attempt to communicate with those customers via the email addresses that they used to register accounts on Photobucket.com and direct them to the website listed above.

Dated: May 29, 2015.

BY THE COURT:

/s/ Wiley Y. Daniel
WILEY Y. DANIEL,
SENIOR UNITED STATES DISTRICT JUDGE